JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR DE LA SANCHA-RAMIREZ, | Case No. 5:26-cv-01896-PD |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to Claim One under *Bautista* and the remaining Claims are dismissed without prejudice.

DATED: May 13, 2026



_____
Patricia Donahue
United States Magistrate Judge